UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTURO ESTEVEZ,
                      Plaintiff

        -against-

LAXMI BEAUTY, INC.,
                      Defendant.
------------------------------------------------------------X

21 Civ. 8962 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for January 12, 2022;

WHEREAS, Plaintiff has been in contact with Defendant's counsel, but Defendant's counsel has not conferred with Plaintiff's counsel as required by the Order at Dkt. No. 5 and Rule 26(f);

WHEREAS, Defendant's counsel has not filed an appearance in this action.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for January 12, 2022, is adjourned to **January 26, 2022, at 4:20 P.M.**  It is further

**ORDERED** that Defendant's counsel shall file an appearance in this action and file a letter stating its good cause for failure to comply with this Court's Order at Dkt. No. 5 and Rule 26(f) by **January 10, 2022**.  It is further

**ORDERED** that if Defendant fails to appear in this action and otherwise comply with its obligations under Rule 26(f), then by **January 12, 2022,** Plaintiff shall file a proposed order to show cause for default judgment and related papers as specified in the Individual Rules.  It is further

**ORDERED** that Plaintiff shall serve this Order on Defendant by e-mail.

Dated: January 5, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE